**SEALED**

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**

for the

Northern District of Texas

**June 16, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Christopher Michael Fairley | )   Case No.3:20-MJ-605-BT |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 8, 2020_____ in the county of _____Dallas_____ in the _____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1546 | Fraud and Misuse of Visas, Permits, and Other Documents |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Department of State Special Agent Tom Huszcza

☑ Continued on the attached sheet.

_____
*Complainant's signature*

__Tom Huszcza, Special Agent, Department of State__
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: ___06/15/2020___

_____
*Judge's signature*

City and state: _____Dallas, Texas_____

__Rebecca Rutherford, U.S. Magistrate Judge__
*Printed name and title*

| Print | Save As... | Attach | Reset |

## AFFIDAVIT

1.      I, Tom Huszcza, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION AND BACKGROUND

2.  I have been employed by the U.S. Department of State, Diplomatic Security Service as a Special Agent for approximately twelve years.  I am currently assigned to the Dallas Resident Office in Dallas, Texas, and have been since August of 2018.  During my time as a special agent, I have participated in investigations of passport fraud, money laundering, conspiracy, theft, wire fraud, identity theft and fraudulent document investigations.  Through my training, education and experience, I have become familiar with the way's individuals impersonate and assume other identities and/or personas; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes.  I have attended and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, and the Basic Special Agent Course, at the Diplomatic Security Training Center.

3.      I make this affidavit based upon my own investigation, upon electronic records furnished to me in my official capacity, information provided by other law enforcement agencies, and speaking with relevant witnesses. This affidavit does not contain every material fact that I have learned during the course of this investigation, but only those facts sufficient to support a finding of probable cause.

Affidavit
Page 1

Based on my investigation to date, I submit that there is probable cause to believe that Christopher Michael FAIRLEY (FAIRLEY) has committed violations of the United States Code 18 U.S.C. § 1546, namely possession of a counterfeit U.S. passport card: "other document prescribed by statute or regulation for entry into or as evidence of authorized stay in the United States, or possesses any such document prescribed by statute or regulation for entry into or as evidence of authorized stay in the United States, knowing it to be forged, counterfeited, altered."

## **PROBABLE CAUSE**

4.      Christopher Michael FAIRLEY 09/26/1991 is a United States citizen wanted by Imperial County Sheriff's Office, California and Colorado Springs, Colorado Sheriff's Office on warrants for "Assault With Deadly Weapon" (03/12/2020) and "Assault" (03/20/2019) respectively.

5.      On June 8th, 2020 in the Northern District of Texas, a police officer with the Wilmer, TX Police Department stopped and subsequently arrested "Brandon Johnson" (date of birth 10/07/1991) after Johnson presented a counterfeit Maine Driver's License #1609247 during a traffic stop an provided the officer a social security number XXX-XX-9526 to the officer. Additionally, officers found a United States passport card #C127417768 also in the name of "Brandon Johnson" a bearing the same photograph as the counterfeit Maine driver's license.

Affidavit
Page 2

 

6.   Both identity documents bear the same image and have a distinctive tattoo over the subjects left eyebrow.  Subsequent to the arrest and after fingerprinting "Brandon Johnson", officers learned "Brandon Johnson" was Christopher Michael FAIRLEY.

7.   Utilizing the U.S. Department of State Consular Consolidated Database, I learned that neither "Brandon Johnson 10/07/1991" nor U.S. passport card C127417768 have ever been applied for or issued.  I compared the seized U.S. Passport card to a genuine exemplar and noted that U.S. passport card # C127417768 was missing key security features.  As such the U.S. passport card is counterfeit.

8.   Utilizing the National Law Enforcement Telecommunication System (NLETS), I learned that "Brandon Johnson 10/07/1991" does not possess a Maine driver's license.  Maine driver license #1609247 has been issued to a white male "D.H." xx-xx-1976 who bears no resemblance to FAIRLEY.  NLETS records further show, Christopher Michael FAIRLEY was issued a TX ID card #45461599.  Image from this ID card is identical to the image of "Brandon Johnson" on the counterfeit U.S. passport card to include a distinctive tattoo over the left eyebrow.

9.   The social security number XXX-XX-9526 provided to Wilmer police by "Brandon Johnson" belongs to a minor child, "S.K.W" born in 2009 in Maine.

Affidavit
Page 3

10.    Christopher Michael FAIRLEY was issued a TX ID card #45461599 and has the same distinctive tattoo over his left eye as the counterfeit Maine driver's license and U.S. Passport card.



11. On 06/12/2020, your affiant interviewed Christopher FAIRLEY at the Dallas County jail, Dallas, TX.  After being advised of his Constitutional rights, FAIRLEY stated that he purchased the counterfeit documents in Houston from a "guy on the street Downtown Houston in the Warehouse District". FAIRLEY stated that he paid $400 for the set of documents. Someone took FAIRLEY's photograph on the spot and a few days later, FAIRLEY returned to pick up the documents namely the U.S. Passport card, Maine Driver's license, and two debit cards in the name of "Brandon Johnson". FAIRLEY stated that "they" gave him the "Brandon Johnson" name, date of birth and the social security number. FAIRLEY stated that all the aforementioned documents were in his wallet when he was stopped by Wilmer Police. Lastly, FAIRLEY told your affiant that he purchased these documents because he kept getting stopped by the police and arrested for the outstanding warrants.

## CONCLUSION

Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that FAIRLEY did willfully and knowingly possess a counterfeit U.S.

Affidavit
Page 4

passport card in violation of Title 18, United States Code, Section 1546; "other document prescribed by statute or regulation for entry into or as evidence of authorized stay in the United States, or possesses any such document prescribed by statute or regulation for entry into or as evidence of authorized stay in the United States, knowing it to be forged, counterfeited, altered."

_____
Tom Huszcza
Special Agent
US Department of State
Diplomatic Security Service

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1., on the ___16th___ day of June 2020, in Dallas, Texas.

_____
REBECCA RUTHERFORD
United States Magistrate Judge

Affidavit
Page 5