ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 5 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-20CR0357-X |
| CHRISTOPHER MICHAEL FAIRLEY | |

## INDICTMENT

The Grand Jury charges:

### Count One
Use or Possession of Fraudulent Immigration Documents
(Violation of 18 U.S.C. § 1546(a))

On or about June 8, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Christopher Michael Fairley**, knowingly possessed a border crossing card, permit, and other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, namely, a United States Passport Card bearing passport card #C127417768, knowing it was forged, counterfeited, altered, falsely made, procured by means of false claim and statement, and otherwise unlawfully obtained and procured by fraud.

In violation of 18 U.S.C. §1546(a).

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ABE MCGLOTHIN, JR.
Assistant United States Attorney
Mississippi Bar No. 104247
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: abe.mcglothin@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER MICHAEL FAIRLEY

INDICTMENT

18 U.S.C. § 1546(a)
Use or Possession of Fraudulent Immigration Documents
(Count 1)

1 Count

A true bill rendered

DALLAS                                                                    FOREPERSON

Filed in open court this 5th day of August, 2020.

**Defendant in Federal Custody since 7/7/2020**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:20-MJ-605-BT